**UNITED STATES COURT OF APPEALS
FIFTH CIRCUIT**

_____

No. 97-30645

(Summary Calendar)

_____

JOHN CHAD BOURQUE,

                              Plaintiff - Appellant,

versus

NAN YA PLASTIC CORPORATION, AMERICA; ZURICH-
AMERICAN INSURANCE COMPANY,

                              Defendants - Appellees.

_____

Appeal from the United States District Court
For the Middle District of Louisiana
(95-CV-715)

_____

August 21, 1998

Before WIENER, BARKSDALE, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

    After reading the briefs and reviewing the record in this case, we affirm for essentially the same reasons as set forth in the district court's thorough opinion.

    AFFIRMED.

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.